Robert J. Altz, Respondent, v. Louis Leiberson, Appellant.

*Negligence — landlord and tenant — liability of landlord for injury to tenant's wife through falling ceiling.*

Altz v. Leiberson, 191 App. Div. 888, affirmed.

(Argued December 1, 1921; decided February 28, 1922.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for loss of services of plaintiff's wife through personal injuries alleged to have been sustained by her through the negligence of defendant in permitting the ceiling in an apartment of a house owned by him and rented to defendant to become out of repair so that it fell causing the injury complained of.

*Edward P. Mowton* for appellant.

*Hector M. Hitchings* for respondent.

Judgment affirmed, with costs, on authority of *Altz v. Leiberson* (233 N. Y. 16).

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin and Crane, JJ. Dissenting: Andrews, J.